IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20781
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REGINALD BERNARD SMITH,
also known as Ronald Eric Smith,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-4-1
--------------------

September 17, 19991

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender, appointed to represent Reginald Bernard Smith, has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Smith has filed a response to counsel's motion to withdraw. Our independent review of counsel's brief, Smith's response, and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.